IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talen Martin, | No. CV 23-126-TUC-JAS (JR) |
| Plaintiff, | **ORDER** |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Rateau. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 19) is accepted and adopted.

(2) The decision of the Commissioner is reversed and this case is remanded to the Commissioner to conduct further administrative proceedings.

(3) The Clerk of the Court shall enter judgment and close the file in this case.

Dated this 13th day of March, 2024.

Honorable James A. Soto
United States District Judge